**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**

**v.**                                **No. 4:11-cr-40037-021**

**CATRAYL SPIVEY**                                                    **MOVANT**

<u>**ORDER**</u>

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.  ECF Nos. 1723.  The Court has reviewed the Motion and finds the Government should respond.

**IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion within sixty (60) days of the date of this Order.

**IT IS FURTHER ORDERED** the Motion to Appoint Counsel (ECF No. 1722) in this matter is **DENIED** as moot, Counsel has previously been appointed to represent Movant (Text Only Order Dated June 13, 2016).

**ENTERED** this **22nd day of June 2016.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE