IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    RESPONDENT

v.                                        No. 4:11-CR-40037-21

CATRAYL SPIVEY                                                                                    MOVANT

## ORDER

On August 9, 2016 this matter was stayed pending the decision of the United States Supreme Court in *Beckles v. United States.* ECF No. 1746. Further, the Court ordered that within twenty (20) days of the Supreme Court issuing a ruling in *Beckles*, both parties were directed to file a brief addressing the applicability of *Beckles* to this matter. The Supreme Court issued their ruling on March 6, 2017. However, this Court now extends the time for filing of additional briefing or motions until April 24, 2017.

**DATED** this **23rd day of March 2017.**

                                                                           /s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  UNITED STATES MAGISTRATE JUDGE