IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    RESPONDENT

v.                          Case No. 4:11-cr-40037-021

CATRAYL SPIVEY, aka
"Trailerhead"                                                               PETITIONER

## ORDER

On July 11, 2019, Petitioner Catrayl Spivey filed a Motion to Reduce Sentence pursuant to Section 404 of the First Step Act of 2018. (ECF No. 2075). On August 8, 2019, the Court appointed the Federal Public Defender to represent Petitioner with respect to the Motion to Reduce Sentence. (ECF No. 2077). On August 19, 2019, Petitioner filed a Notice of Intent Not to File a Motion to Reduce Sentence and Motion to Withdraw Motion to Reduce Sentence. (ECF No. 2081). In this document, which the Court construes as a Motion to Withdraw Motion to Reduce Sentence, Petitioner's counsel stated that Petitioner is not eligible for a sentence reduction under the First Step Act of 2018 and that counsel would "not file a motion to reduce sentence . . . and respectfully requests that [Petitioner's] Motion (Doc. 2075) be withdrawn." (ECF No. 2081, p. 3.)

Upon consideration, the Court finds that good cause has been shown for the Motion to Withdraw Motion to Reduce Sentence. Accordingly, the Court finds that Petitioner's Motion to Withdraw Motion to Reduce Sentence (ECF No. 2081) should be and hereby is **GRANTED**. Petitioner's Motion to Reduce Sentence (ECF No. 2075) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 23rd day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge